AO 10*
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Case, Charles G. | United States Bankruptcy Court | 04/02/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br><br>5b. ☐ Amended Report | 1/1/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

230 North 1st Avenue, Suite 101
Phoenix, AZ 85003-1727

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust 1 (comment 1) |
| 2. | Trustee | Trust 2 (comment 2) |
| 3. | Member, Board of Directors | International Insolvency Institute |
| 4. | Member, Board of Directors | Harvard Glee Club Foundation (comment 4) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 11/1/2011 | Bloomberg Law; write chapters for treatise; compensated by the page in the same manner as non-judge authors |
| 2. | 6/11/2011 | Zanichelli Editore S.p.A; periodic nominal royalties for a review of US law I wrote for an Italian legal treatise |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Case, Charles G. | 04/02/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 06/15/2012 | Zanichelli Editore, royalties for 2011 | $150.00 |
| 2. 12/19/2012 | Bloomberg LLP, editorial | $2,952.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | State of Arizona Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | March 2012 | Washington DC | attend annual meeting | travel and subsistence expenses |
| 2. | Bankruptcy Bar Association for Southern District of Florida | May 2012 | Bonita Springs FL | discussion leader at annual retreat | travel and subsistence expenses |
| 3. | World Bank | June 2012 | Beijing and Beidahai China | training for Chinese judges | travel and subsistence expenses |
| 4. | International Insolvency Institute | June 2012 | Paris France | attend annual meeting | travel and subsistence expenses |
| 5. | Lawyers Association of Alba Italy et al | November 2012 | Alba Italy | speak at conference | travel and subsistetnce expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| Case, Charles G. | 04/02/2013 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | National Center for InterAmerican Free Trade Law | December 2012 | Bogota Colombia | training for Colombian judges | travel and subsisttence expenses |
| 7. | National Conference of Bankruptcy Judges | October 20October 201211 | San Diego CA | attend annual meeting | subsistence expenses |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Case, Charles G. | 04/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Share accounts at Arizona Central Credit Union | A | Int./Div. | K | T | | | | | |
| 2. | Bank of America deposit account | A | Int./Div. | J | T | | | | | |
| 3. | Bank of America deposit account | A | Int./Div. | K | T | | | | | |
| 4. | Trust 1 (see next entry) | | | | | | | | | |
| 5. | 1/2 interest in deed of trust on residential lot (comment 1) | | | | | Matured | 06/15/12 | M | | 3rd party (Smith) |
| 6. | Trust 2 (see next entry) | | | | | | | | | |
| 7. | 1/2 interest in residential lot (comment 2) | | | | | Sold | 06/15/12 | M | | 3rd party (Smith) |
| 8. | First Credit Union deposit account | A | Int./Div. | J | T | | | | | |
| 9. | West Fargo Bank (IRA cash equivalent account) | A | Int./Div. | J | T | | | | | |
| 10. | Matthews Asian Grth & Income Instl | A | Int./Div. | J | T | | | | | |
| 11. | DFA Inflation Protected Securities Fund | B | Int./Div. | K | T | | | | | |
| 12. | DFA Intermediate Govt Fixed Income Portfolio | B | Int./Div. | | | Buy (add'l) | 01/17/12 | K | | Market |
| 13. | | | | | | Buy (add'l) | 01/23/12 | K | | Market |
| 14. | | | | | | Sold | 03/15/12 | L | B | Market |
| 15. | DFA US Large Cap Value Portfolio | A | Dividend | J | T | | | | | |
| 16. | PIMCO Total Return Fund | C | Int./Div. | L | T | Buy (add'l) | 01/03/12 | J | | Market |
| 17. | | | | | | Buy (add'l) | 02/01/12 | J | | Market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Case, Charles G. | 04/02/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 03/02/12 | J | | Market |
| 19. | | | | | Sold (part) | 03/15/12 | K | A | Market |
| 20. | | | | | Buy (add'l) | 04/02/12 | J | | Market |
| 21. | | | | | Buy (add'l) | 05/01/12 | J | | Market |
| 22. | | | | | Sold (part) | 05/08/12 | J | A | Market |
| 23. | | | | | Buy (add'l) | 06/01/12 | J | | Market |
| 24. | | | | | Buy (add'l) | 07/02/12 | J | | Market |
| 25. | | | | | Buy (add'l) | 08/01/12 | J | | Market |
| 26. | | | | | Buy (add'l) | 09/04/12 | J | | Market |
| 27. | | | | | Sold (part) | 09/13/12 | J | A | Market |
| 28. | | | | | Buy (add'l) | 10/01/12 | J | | Market |
| 29. | | | | | Buy (add'l) | 11/01/12 | J | | Market |
| 30. | | | | | Buy (add'l) | 12/03/12 | J | | Market |
| 31. | | | | | Buy (add'l) | 12/13/12 | J | | Market |
| 32. | | | | | Buy (add'l) | 12/28/12 | J | | Market |
| 33. DFA US Core Equity 2 | B | Int./Div. | L | T | | | | | |
| 34. iShares S&P Global Energy Sector Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Case, Charles G. | 04/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DFA Emerging Markets Core Equity Portfolio | B | Dividend | K | T | Buy (add'l) | 01/23/12 | J | | Market |
| 36. Templeton Income Global Bond Advisor | B | Int./Div. | K | T | | | | | |
| 37. iShares S&P 500 Index | A | Dividend | K | T | | | | | |
| 38. TD Bank NA | A | Interest | J | T | | | | | |
| 39. Mutual Global Discovery Fund-Z (X) | A | Int./Div. | K | T | | | | | |
| 40. Mutual Beacon Fund-Z (X) | A | Int./Div. | K | T | | | | | |
| 41. Loans to Trust 2 (comment 3) | A | Int./Div. | | | Matured | 06/15/12 | J | A | Trust 2 |
| 42. | | | | | Matured | 06/15/12 | J | A | Trust 2 |
| 43. | | | | | Matured | 06/15/12 | J | A | Trust 2 |
| 44. | | | | | Matured | 06/15/12 | J | A | Trust 2 |
| 45. | | | | | Matured | 06/15/12 | J | A | Trust 2 |
| 46. | | | | | Matured | 06/15/12 | J | A | Trust 2 |
| 47. Powershares DB Comm Ind Fd | | None | J | T | | | | | |
| 48. iShares MSCI Brazil Ind Fd | | None | | | Sold | 03/15/12 | J | A | Market |
| 49. DFA US Large Co Portfolio | A | Dividend | K | T | | | | | |
| 50. Pimco Inst Grd Corp Bd Instl | B | Int./Div. | L | T | Buy | 03/15/12 | L | | Market |
| 51. | | | | | Buy (add'l) | 09/24/12 | J | | Market |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Case, Charles G. | 04/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Loomis Sayles Invt Grd Bd Fd Cl Y | B | Int./Div. | K | T | Buy | 03/19/12 | K | | Market |
| 53. iShares US Pfd Stock Index Fnd | A | Dividend | J | T | Buy | 05/08/12 | J | | Market |
| 54. DFA US Sm Cap Port | A | Dividend | K | T | Buy | 09/13/12 | K | | Market |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Case, Charles G. | 04/02/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Trust 1 was established in 1995. I am a co-trustee and beneficiary. It acquired the deed of trust in 2008 as explained in 2010's report. The underlying property was sold in 2012 at a value less than appraised value from 2010 and the note secured by the deed of trust was a related party transaction and was non-interest bearing; thus, no gain is reported as only the principal was paid. The trust terminated in 2012.

2. Trust 2 is a revocable trust of which I became trustee upon the death of the settlor/trustee in November 2010. The primary asset of the trust was sold at a value less than appraised value from 2010 and the proceeds distributed in 2012; thus, no gain is reported. The trust terminated in 2012.

3. I made loans to Trust 2 for the upkeep of the trust property pending sale. These are listed as "Buy". All loans were repaid in 2012.

4. My position as a board member of this organization terminated in October 2012.

| Name of Person Reporting | Date of Report |
|---|---|
| Case, Charles G. | 04/02/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles G. Case**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# Charles G. Case II
## United States Bankruptcy Judge (retired)
### District of Arizona

June 13, 2013

Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Amendment to 2012 Financial Disclosure Report

Ladies and Gentlemen of the Committee:

I have received your inquiry of June 13, 2013 and reviewed my records. My holdings in the asset you reference, DFA Select Hedge Glbl Fixed Income, were sold in their entirety on January 18, 2012 with no gain and no income during the reporting period. This information was omitted in my original report due to an oversight.

As I am retired, I unfortunately do not have ready access either to the electronic files or the software necessary to prepare a complete revised report. However, such a report would contain a new line 55 on Page 8 of section VII as follows:

| A | B1 | B2 | C1 | C2 | D1 | D2 | D3 | D4 | D5 |
|---|----|----|----|----|----|----|----|----|----|
| DFA Select Hedge Glbl Fixed Income | | | | | Sold all | 01/18/12 | K | | Market |

Please accept this letter as a complete response to your inquiry.

Yours very truly,

Charles G. Case II
United States Bank         y Judge (ret.)